## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT MICHIGAN

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Case No. 1:13-CV-353-RJJ |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN WOLTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

A Rule 16 Scheduling Conference is scheduled for October 9, 2013 at 3:30 pm, before the Hon. Robert J Jonker.  Appearing for the parties as counsel will be:

Paul J. Nicoletti, Esq.
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
*Attorneys for Plaintiff*

G. Thomas Williams, Esq.
32 Market Ave. SW, Suite 500
Grand Rapids, MI 49503
Tel: (616) 742-3500
*Attorneys for Defendant*

### (1)    JURISDICTION

The basis for the Court's jurisdiction is: 28 U.S.C. § 1331 (district courts having subject matter jurisdiction over matters dealing with a federal question) and 28 U.S.C. § 1338 (district courts having subject matter jurisdiction over matters dealing with patents, copyrights, and trademarks).

### (2)    JURY OR NON-JURY

This case is to be tried before a jury.

1

**(3)   JUDICIAL AVAILABILITY**

The parties do not agree to have a United State Magistrate Judge conduct any and all further proceedings in the case, including trial, and to order the entry of final judgment. However, Plaintiff would consent to a magistrate for all non-dispositive issues and motions.

**(4)   STATEMENT OF THE CASE**

Plaintiff's Statement: Plaintiff has sued Defendant for direct copyright infringement of 38 of Plaintiff's copyrighted movies, pursuant to 17 U.S.C. §§ 106 & 501, based on Defendant's actions of illegally downloading Plaintiff's works.

Defendant's Statement: Defendant has not downloaded Plaintiff's works, nor knowingly assisted anyone else in downloading Plaintiff's works, and therefore cannot have committed any of the acts alleged in the Complaint.

**(5)   JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS**

The parties expect to file all motions for joinder of parties to this action and to file all motions to amend the pleadings by **December 2, 2013**, with the caveat that pleadings can be amended as necessary to be consistent with facts uncovered through discovery.

**(6)   DISCLOSURES AND EXCHANGES**

The parties propose the following schedule for disclosures and exchanges:

    (i)    Fed.R.Civ.P. 26(a)(1) disclosures: **November 15, 2013**

    (ii)    Fed.R.Civ.P. 26(a)(2) disclosures: **January 20, 2014**

    (iii)    Fed.R.Civ.P. 26(a)(3) disclosures: **February 24, 2014**

    (iv)    The parties are unable to agree on any voluntary production at this time.

    (v)    Initial disclosure of potential lay witnesses: **November 15, 2013**

(7)     **DISCOVERY**

The parties believe that all discovery proceedings can be completed by **August 15, 2014**. The parties believe that discovery can be conducted within the limits set forth in the Federal Rules of Civil Procedure.

(8)     **MOTIONS**

The parties anticipate that all dispositive motions will be filed by **September 15, 2014**. The parties acknowledge that it is the policy of this Court to prohibit the consideration of nondispositive discovery motions unless accompanied by a certification that the moving party has made a reasonable and good faith effort to reach agreement with opposing counsel on the matters set forth in the motion.

(9)     **ALTERNATIVE DISPUTE RESOLUTION**

The parties do not wish to participate in Alternative Dispute Resolution at this juncture. If the parties decide otherwise, they will contact the court for a list of approved mediators.

(10)    **LENGTH OF TRIAL**

Counsel estimate the trial will last approximately four (4) days, total, allocated as follows: 1.5 days for plaintiff's case, 1.5 days for defendant's case, 1 day for other parties.

(11)    **PROSPECTS OF SETTLEMENT**

The parties have engaged in settlement discussions but are presently unable to predict the likelihood of reaching a settlement.

(12)    **ELECTRONIC DOCUMENT FILING SYSTEM**:     Acknowledged and understood by the parties.

(13)    **OTHER**: N/A.

DATED this 3rd day of October, 2013.

3

Respectfully submitted:

/s/ *Paul J. Nicoletti* _____

Paul J. Nicoletti, Esq.
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-mail:  paul@nicoletti-associates.com
*Attorneys for Plaintiff*

/s/ *G. Thomas Williams* _____

G. Thomas Williams, Esq.
32 Market Ave. SW, Suite 500
Grand Rapids, MI 49503
Tel: (616) 742-3500
Fax: (616) 742-1010
E-mail: gtw@mcgarrybair.com,
*Attorneys for Defendant*