UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,
        Plaintiff,

Case No. 1:13-cv-00353

v.

Hon. Robert J. Jonker

RYAN WOLTER,
        Defendant.
_____/

**NOTICE OF SELECTION OF STANDARD TRACK**
**CASE EVALUATION PANEL**

To:    All Counsel

The following persons, having no conflicts of interest, have agreed to serve as case evaluators in this matter:

John Allen, Varnum LLP, 251 N Rose St, 4th Fl., Kalamazoo, MI 49007-3823, 269.553.3502, jwallen@varnumlaw.com

Michael Boersma, Michael E. Boersma PC, 9803 Sunnywood Dr., Kalamazoo, MI 49009-7967, 269.720.1409, m_e_boersma@voyager.net

Michael J. Caywood, Dresser, Dresser, Haas & Caywood, 112 S. Monroe St., Sturgis, MI 49091, 269.651.3281, mcaywood@dresserlaw.com

Michael J. Caywood will serve as the chairperson and host the hearing at the offices of Dresser, Dresser, Haas & Caywood in Sturgis, MI 49091. The hearing is to be held **no later than** August 15, 2014.

**Plaintiff's counsel shall promptly coordinate schedules and efile the notice of hearing, including in the notice due dates for fees and briefs.** Please refer to the Case Evaluation Program Description available on the Court's website at: http://www.miwd.uscourts.gov/ADR/ce_program_desc.htm. for specific guidelines.

Dated: January 31, 2014                                /s/  *Julie Lenon*
                                                                           Julie Lenon
                                                                        Acting ADR Administrator

cc: Evaluators (via email)